

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Larry Lee Davis, Appellant

No. 06-17-00057-CV      v.

MLSC Holdings, L.P., d/b/a Mac Churchill
Auto Mall, Appellee

Appeal from the 348th District Court of
Tarrant County, Texas (Tr. Ct. No. 348-
285843-16). Memorandum Opinion
delivered by Justice Moseley, Chief Justice
Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Larry Lee Davis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 31, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk